UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUEL R. WILLIS,<br><br>        Petitioner,<br><br>    v.<br><br>JOSIE GASTELO, WARDEN,<br><br>        Respondent. | Case No. CV 14-8661 CJC (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: February 16, 2018

_____
Cormac J. Carney
United States District Judge