# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MANUEL R. WILLIS, | ) Case No. CV 14-8861-CJC(AJW) |
| Petitioner, | ) |
| v. | ) |
| JOSIE GASTELO, Warden, | ) JUDGMENT |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: February 16, 2018

_____
Cormac J. Carney
United States District Judge

1